# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA M. FERREIRA,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:20-cv-00509-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF No. 3) |

On April 9, 2020, Plaintiff Cecilia M. Ferreira ("Plaintiff") filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 3.) Upon review of the application, Plaintiff indicates that she receives spousal support for payments related to a bankruptcy proceeding with the payments ending in May of 2020. It is also unclear as to whether the mortgage payment is related to the bankruptcy payment. The Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action without additional information concerning all sources of income and expenses/financial obligations.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239, and provide information concerning his spouse's income and expenses. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

///

1

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;
3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and
4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: __**April 10, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE