UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA M FERREIRA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:20-cv-00509-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 7, 9) |

On April 9, 2020, plaintiff Cecilia M. Ferreira filed this action seeking judicial review of the final decision of the Social Security Commissioner denying her application for benefits under the Social Security Act. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 26, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* (Doc. No. 7) be denied because plaintiff failed to show that she is unable to pay the required filing fees pursuant to 28 U.S.C. § 1915. (Doc. No. 9.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3.) No objections have been filed and the time in which to do so has now passed.

/////

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the
2  court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the
3  court concludes that the findings and recommendations are supported by the record and proper
4  analysis.

5    Accordingly:

6  1.   The findings and recommendations issued on May 26, 2020 (Doc. No. 9) are
7       adopted in full;
8  2.   Plaintiff's motions to proceed *in forma pauperis* (Doc. No. 7) is denied; and
9  3.   Within fourteen (14) days following service of this order, plaintiff shall pay the
10      $400.00 filing fee in full in order to proceed with this action or face dismissal
11      without prejudice to refiling upon payment of the filing fee.

12  IT IS SO ORDERED.

13  Dated:   **June 22, 2020**                    /s/ Dale A. Drozd
14                                         UNITED STATES DISTRICT JUDGE