# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA M. FERREIRA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:20-cv-00509-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>FIVE DAY DEADLINE |

On April 9, 2020, Cecilia M. Ferreira ("Plaintiff") filed this action seeking judicial review of the final decision of the Social Security Commissioner denying her application for benefits.  On July 7, 2020, Plaintiff paid the filing fee in this action and the summons and scheduling order issued.

Pursuant to the July 7, 2020 scheduling order, unless other provision is made pursuant to an application to proceed *in forma pauperis*, appellant is required to effect service within twenty days of filing the complaint and file a return of service with this court.  More than twenty days have passed and Plaintiff has not filed a return of service with the Court..

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within five (5) days informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated:  __**August 3, 2020**__

UNITED STATES MAGISTRATE JUDGE

1