# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA M. FERREIRA,<br><br>  Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:20-cv-00509-SAB<br><br>ORDER RE CERTIFICATE OF SERVICE AND DIRECTING SERVICE OF THIS ORDER ON THE UNITED STATES MARSHAL SERVICE<br><br>(ECF No. 15)<br><br>THREE DAY DEADLINE |

On April 9, 2020, Cecilia M. Ferreira ("Plaintiff") filed this action seeking judicial review of the final decision of the Social Security Commissioner denying her application for benefits. On August 3, 2020, an order was filed requiring Plaintiff to file a notice of status of service as Plaintiff as not complied with the July 9, 2020 scheduling order. On April 4, 2020, Plaintiff filed a certificate of service showing that service documents had been forwarded to the United States Marshal Service. Plaintiff's application to proceed in this matter without prepayment of fees was denied, and Plaintiff is therefore not entitled to service by the Untied States Marshal.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall serve the defendant in this action in compliance with the Federal Rules of Civil Procedure;

2. Within **three (3) days**, Plaintiff shall file proof that service has been effected;

1

3. The Clerk of the Court shall serve a copy of this order on the United States Marshal Service in Sacramento, California; and

4. If Plaintiff fails to serve in compliance with this order, the Court shall recommend to a district judge that this action be dismissed for failure to comply with a court order.

IT IS SO ORDERED.

Dated:  **August 5, 2020**

UNITED STATES MAGISTRATE JUDGE