# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA M. FERREIRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00509-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 27) |

On June 14, 2021, a stipulation for a first extension of time for Plaintiff to file an opening brief was filed. (ECF No. 27.) The Court finds good cause to grant the stipulated request.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before **July 19, 2021**;
2. Defendant shall file an opposition to Plaintiff's opening brief on or before **August 18, 2021;** and
3. Plaintiff's reply, if any, shall be filed on or before **September 2, 2021.**

IT IS SO ORDERED.

Dated: **June 14, 2021**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE