# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA M FERREIRA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:20-cv-00509-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 34)<br><br>TWENTY-ONE DAY DEADLINE |

    Plaintiff Cecilia M Ferreira filed this action on April 8, 2020, challenging a final decision of the Commissioner of Social Security denying an application for disability benefits. (ECF No. 1.) On April 22, 2022, the Court denied Plaintiff's social security appeal and closed this action. (ECF No. 32, 33.) On June 15, 2022, Plaintiff filed a notice of appeal of this action to the Ninth Circuit, and filed a motion to proceed *in forma pauperis* on the appeal, in this Court. (ECF No. 34, 35, 36.)

    The Court previously issued findings and recommendations on May 26, 2020, recommending Plaintiff's application to proceed *in forma pauperis* be denied, no objections were filed, and the recommendations were adopted by the then assigned District Judge on June 22, 2020. (ECF Nos. 9, 10.)

    Upon review of the application to proceed *in forma pauperis* on appeal to the Ninth

1

Circuit, the Court notes that Plaintiff claims $400 per month in monthly income between the period of July 2020 to April 2022. (ECF No. 34 at 1.) Plaintiff states she has $16,000 in cash or a checking or savings account. (Id. at 2.) Plaintiff states she owns a home with approximately $145,000 in equity, as well as two vehicles valued at $5,600 and $10,000, respectively. (Id.) Plaintiff claims monthly expenses as follows: $2,576.18 in mortgage payments; $800 in utilities; $400 for a phone; $500 for health insurance; $200 for garbage; $500 for car insurance; and $700 for life insurance. (Id.) Plaintiff proffers that in April of 2022, she had to refinance her house to afford her monthly expenses. (Id.)

Given the significant assets, and expenses that appear excessive for an applicant wishing to proceed *in forma pauperis,* the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff; and
3. Within **twenty-one (21) days** of the date of this order, Plaintiff shall file a long form application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:  **June 16, 2022**

UNITED STATES MAGISTRATE JUDGE